

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00168-CV

## IN RE WEAVER CONSULTANTS GROUP, LLC
## AND ANCHOR CONSTRUCTION, LLC

_____

## Original Proceeding

_____

## From the 12th District Court
## Walker County, Texas
## Trial Court No. 1929322

## MEMORANDUM  OPINION

Before the Court are the Petition for Writ of Mandamus and the Motion to Dismiss Mandamus Proceeding filed by Relators Weaver Consultants Group, LLC and Anchor Construction, LLC.  We grant the motion to dismiss and dismiss this original proceeding.  *See* TEX. R. APP. P. 42.1(a).

                                  MATT JOHNSON
                                  Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed; motion granted
Opinion delivered and filed June 29, 2022
[OT06]

